RICHARD R. PATCH (State Bar No. 88049)
CLIFFORD E. YIN (State Bar No. 173159)
LAURA SEEGAL (State Bar No. 307344)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rrp@cpdb.com
         ef-cey@cpdb.com
         ef-lrs@cpdb.com

Attorneys for Defendant
DISH WIRELESS L.L.C., d/b/a BOOST MOBILE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MICHNO, an individual, | Case No. 3:22-cv-00396-KAW |
| Plaintiff, | **NOTICE OF APPEARANCE OF RICHARD R. PATCH** |
| v. | |
| DISH WIRELESS L.L.C., d/b/a BOOST MOBILE, COINBASE, INC., and DOES 1 to 10, inclusive, | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Richard R. Patch of the law firm Coblentz Patch Duffy & Bass LLP hereby appears as counsel of record for Defendant DISH Wireless L.LC.  Copies of all pleadings, papers, notices, and other filings in this action should be henceforth served upon the following, in addition to those attorneys already on record with the Court:

Richard R. Patch<br>
COBLENTZ PATCH DUFFY & BASS LLP<br>
One Montgomery Street, Suite 3000<br>
San Francisco, California  94104<br>
Telephone:  415.391.4800<br>
Facsimile:  415.989.1663<br>
Email:  ef-rrp@cpdb.com

DATED:  January 21, 2022                    COBLENTZ PATCH DUFFY & BASS LLP

By:   */s/ Richard R. Patch*
RICHARD R. PATCH
Attorneys for Defendant
DISH WIRELESS L.L.C., d/b/a BOOST MOBILE