RICHARD R. PATCH (State Bar No. 88049)
CLIFFORD E. YIN (State Bar No. 173159)
LAURA SEEGAL (State Bar No. 307344)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-rrp@cpdb.com
          ef-cey@cpdb.com
          ef-lrs@cpdb.com

Attorneys for Defendant
DISH WIRELESS L.L.C., d/b/a BOOST MOBILE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MICHNO, an individual, | Case No. 4:22-cv-00396-KAW |
| Plaintiff, | **NOTICE OF APPEARANCE OF LAURA SEEGAL** |
| v. | |
| DISH WIRELESS L.L.C., d/b/a BOOST MOBILE, COINBASE, INC., and DOES 1 to 10, inclusive, | |
| Defendants. | |

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Laura Seegal of the law firm Coblentz Patch Duffy & Bass LLP hereby appears as counsel of record for Defendant DISH Wireless L.LC. Copies of all pleadings, papers, notices, and other filings in this action should be henceforth served upon the following, in addition to those attorneys already on record with the Court:

> Laura Seegal
> COBLENTZ PATCH DUFFY & BASS LLP
> One Montgomery Street, Suite 3000
> San Francisco, California  94104
> Telephone:  415.391.4800
> Facsimile:  415.989.1663
> Email:  ef-lrs@cpdb.com

DATED:  January 24, 2022            COBLENTZ PATCH DUFFY & BASS LLP

By:  */s/ Laura Seegal*
LAURA SEEGAL
Attorneys for Defendant
DISH WIRELESS L.L.C., d/b/a BOOST MOBILE