Alex Farzan (SBN 312771)
THE ROBIN HOOD LAWYERS, LLP
10866 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Telephone: (424) 325-3112
Fax: (424) 325-6311
Email: Alex@Therobinhoodlawyers.com

Attorney for Plaintiff
PHILIP MICHNO.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP MICHNO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> DISH WIRELESS L.L.C., d/b/a BOOST MOBILE, COINBASE, INC., and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 3:22-cv-00396 <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT COINBASE, INC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Philip Michno ("Plaintiff"), through his counsel of record, hereby gives notice that his claims against Defendant Coinbase, Inc. ("Coinbase") are voluntarily dismissed, without prejudice. Pursuant to Coinbase's User Agreement that Plaintiff agreed to, Plaintiff shall resolve any dispute between him and Coinbase in arbitration.

Dated: March 8, 2022

Respectfully submitted,

THE ROBIN HOOD LAWYERS, LLP

By: */s/ Alex Farzan*
Alex Farzan
Attorney for Plaintiff
PHILIP MICHNO.